# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139118

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEARY GILMORE,
      Defendant-Appellant.

SC: 139118
COA: 289841
Wayne CC: 74-000772-FM

_____/

On order of the Court, the application for leave to appeal the June 3, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the trial court for a decision on the defendant's motion to disqualify Judge Prentis Edwards, for reconsideration of the defendant's successive motion for relief from judgment, and for any further proceedings not inconsistent with this order. Judge Edwards should not have decided the defendant's successive motion for relief from judgment without first deciding the motion to disqualify. On remand, the trial court shall decide the motion to disqualify under MCR 2.003 before addressing the defendant's successive motion for relief from judgment.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

p0129